1  Kevin J. McInerney, Esq. (46941)
   kevin@mcinerneylaw.net
2  Kelly McInerney, Esq. (200017)
   kelly@mcinerneylaw.net
3  Charles A. Jones, Esq. (224915)
4  caj@mcinerneylaw.net
   MCINERNEY & JONES
5  18124 Wedge Parkway #503
   Reno, NV 89511
6  Telephone:    (775) 849-3811
7  Facsimile:    (775) 849-3866

8  James F. Clapp, Esq. (145814)
   jclapp@sdlaw.com
9  Zachariah P. Dostart, Esq. (255071)
   zdostart@sdlaw.com
10 DOSTART CLAPP & COVENEY, LLP
11 4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122
12 Telephone:    (858) 623-4200
   Facsimile:    (858) 623-4299
13

14 *Attorneys for Plaintiff*

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 ROBERT HARRISON,                    Civil Case No. 3:10-cv-01392 EMC
19          Plaintiff,
                                       **STIPULATION OF DISMISSAL**
20     v.
21 WELLS FARGO BANK, N.A.,
22          Defendant.
23
24
25
26
27
28

---

                                    1                    STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through their |
| 2 | designated counsel that the above-captioned action be and hereby is dismissed with prejudice |
| 3 | pursuant to FRCP 41(a)(1). |
| 4 | |
| 5 | |
| 6 | Dated: January 23, 2012 |
| 7 | |
| 8 | Kevin J. McInerney<br>*Attorney for Plaintiff* |
| 9 | |
| 10 | Dated: January 17, 2012 |
| 11 | |
| 12 | Lindbergh Porter, Jr.<br>*Attorney for Defendant* |
| 13 | |
| 14 | IT IS SO ORDERED |
| 15 | |
| 16 | Edward M. Chen<br>U.S. District Judge |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

**PROOF OF SERVICE**
*Harrison v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
**Case No. 3:10-cv-01392 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On January 24, 2012, I served the foregoing document(s) described as:

    STIPULATION OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone: (415) 433-1940 | Telephone: (858) 623-4200 |
| Facsimile: (415) 399-8490 | Facsimile: (858) 623-4299 |

XX   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 24, 2012 at Reno, Nevada.

                                                                         /s/ Jennifer Smith
                                                                         Jennifer Smith